IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOE McKINLEY JONES, JR.                                                                PETITIONER

v.                                  No. 2:17-CV-2043

WENDY KELLY, Director,
Arkansas Department of Correction                                                      RESPONDENT

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the habeas petition in this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 5th day of May, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE