IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOE MCKINLEY JONES, JR.                                              PETITIONER

v.                              No. 2:17-CV-02043

WENDY KELLEY                                                         RESPONDENT

## ORDER

The Court has received a report and recommendation (Doc. 19) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court deny Petitioner's motion for leave to appeal in forma pauperis because the Court has already declined to issue Petitioner a certificate of appealability. The Court has carefully reviewed this case. The Magistrate's report and recommendation appears proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED THAT Petitioner's motion for leave to appeal in forma pauperis (Doc. 18) is DENIED.

IT IS SO ORDERED this 12th day of June, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE